LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
Nevada Bar No, 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
awilliams@lipsonneilson.com
*Attorneys for Defendant*
*Copper Creek Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>COPPER CREEK HOMEOWNERS ASSOCIATION; ATC ASSESMENT COLLECTION GROUP, LLC; ELIZABETH PERALEZ, an individual;<br><br>Defendants. | CASE NO.: 2:16-cv-02963-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COPPER CREEK HOMEOWNERS ASSOCIATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Defendant COPPER CREEK HOMEOWNERS ASSOCIATION, through its counsel of record, LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., and Plaintiffs BANK OF AMERICA, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION, by and through their counsel of record, AKERMAN, LLP, that Defendant COPPER CREEK HOMEOWNERS ASSOCIATION have through and including February 2, 2017, in which to file a response to Plaintiff's Complaint.

1   This is the first extension from the original due date of January 12, 2017, and
2 the parties' first request for an extension.
3   Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance
4 is that counsel for Copper Creek Homeowners Association requires more time to
5 evaluate and to respond to Plaintiffs' Complaint. The parties have entered into the
6 agreement in good faith and not for purposes of delay.   The parties therefore request
7 this Court enter an order granting the above stipulation.

Dated this 12th day of January, 2017.

AKERMAN LLP

/s/ Rex. D. Garner

By: _____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
*Attorneys for Plaintiff*
*Bank of America, N.A.*

Dated this 12th day of January, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/ J. William Ebert

By: _____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
Nevada Bar No, 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
*Attorneys for Defendant*
*Copper Creek Homeowners Association*

Case No.: 2:16-cv-02963-APG-CWH
*Bank of America, N.A., et al. v. Copper Creek HOA et al.*
Stipulation & Order to Extend Time for
Copper Creek HOA to File a Response to Complaint (1st Request)

### ORDER

IT IS SO ORDERED.

DATED this __13__ of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ J. William Ebert*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
Nevada Bar No, 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
*Attorneys for Defendant*
*Copper Creek Homeowners Association*