ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
    rex.garner@akerman.com

*Attorneys for Plaintiffs Bank of America, N.A. and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COPPER CREEK HOMEOWNERS ASSOCIATION, ATC ASSESSMENT COLLECTION GROUP, LLC, ELIZABETH PERALEZ, an individual,<br><br>Defendants.<br><br>ELIZABETH PERALEZ, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Counterdefendants. | Case No.: 2:16-cv-02963-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COPPER CREEK HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS** |

Plaintiffs Bank of America, N.A. and Federal Home Loan Mortgage Corporation

{40963828;1}

1

(collectively **Plaintiffs**) and defendant Copper Creek Homeowners Association (**Copper Creek**) respectfully submit the following stipulation to allow BANA seven additional days to oppose Copper Creek's motion to dismiss or, in the alternative, for summary judgment (the **motion**). (Doc. No. 18.)

Copper Creek filed its motion on February 2, 2017. (Doc. No. 18.) Plaintiffs' deadline to file its opposition is February 23, 2017. *See* Local Rule 7-2. The parties stipulate to extending BANA's deadline by seven additional days, to March 2, 2017, to allow Plaintiffs additional time to prepare its opposition. Good cause exists to extend the deadline, as the extension will allow Plaintiffs' counsel to more fully review the points and authorities raised in the motion. This is Plaintiffs' first request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

DATED this 23rd day of February

| AKERMAN LLP | LIPSON, NEILSON, COLE SELTZER & GARIN P.C. |
|---|---|
| */s/ Rex D. Garner*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of America, N.A. and Federal Home Loan Mortgage Corporation* | */s/ J. William Ebert*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Copper Creek Homeowners Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: February 24, 2017

{40963828;1}

2