LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
NEVADA BAR NO, 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant*
*Copper Creek Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>COPPER CREEK HOMEOWNERS ASSOCIATION; ATC ASSESMENT COLLECTION GROUP, LLC; ELIZABETH PERALEZ, an individual;<br><br>Defendants. | CASE NO.: 2:16-cv-02963-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COPPER CREEK HOMEOWNERS ASSOCIATION TO FILE A REPLY TO PLAINTIFF'S OPPOSITION**<br><br>**(FIRST REQUEST)** |

Defendant COPPER CREEK HOMEOWNERS' ASSOCIATION ("HOA"), and Plaintiff BANK OF AMERICA, N.A., and FEDERAL HOME LOAN MORTGAGE CORPORATION by and through their respective counsel, hereby agree and stipulate as follows:

///

///

1  IT IS HEREBY AGREED AND STIPULATED, that the deadline for the HOA to Reply to Plaintiff BANK OF AMERICA, N.A.'s Opposition to Copper Creek Homeowners Association Motion to Dismiss or for Summary Judgment shall be extended to **March 16, 2017**. The HOA's Response was originally due on March 9, 2017. The parties have entered into the agreement in good faith and not for purposes of delay. The parties therefore request this Court enter an order granting the above stipulation.

DATED this 10th day of March, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Amber M. Williams
J. William Ebert, Esq. (Bar # 2697)
Amber M. Williams, Esq. (Bar # 12301)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
bebert@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant*
*Copper Creek Homeowners*
*Association*

DATED this 10th day of March, 2017.

AKERMAN, LLP

By: /s/ Rex. D. Garner
Ariel E. Stern, Esq. (Bar # 8276)
Rex D. Garner, Esq. (Bar # 9401)
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
ariel.stern@akerman.com
rex.garner@akerman.com

*Attorneys for Plaintiff*
*Bank of America, N.A.*

### ORDER

IT IS SO ORDERED.

Dated: March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

Case No.: 2:16-cv-02963-APG-CWH
*Bank of America, N.A., et al. v. Copper Creek HOA et al.*

**Stipulation and Order to Extend Time to File Reply to Opposition (First Request)**

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of March, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ *Amber M. Williams*
_____
J. William Ebert, Esq. (Bar No. 2697)
Amber M. Williams, Esq. (Bar No. 12301)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant
Copper Creek Homeowners Association*