Craig S. Dunlap (Bar #4974)
Craig S. Dunlap, Esq., LLC
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (702) 996-7888
Fax: (702) 960-4074
Email:  cdunlap@cdunlaplaw.com
Attorney for Defendant Elizabeth Peralez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.; FEDERAL HOME LOAN MORTGAGE COROPORATION, <br><br>            Plaintiffs, <br><br> v. <br><br> COPPER CREEK HOMEOWNERS ASSOCIATION, ATC ASSESSMENT GROUP, LLC, ELIZABETH PERALEZ, AN INDIVIDUAL <br><br>            Defendants. <br> _____ <br> ELIZABETH PERALEZ, an individual, <br>            Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION <br>            Counterdefendants. | Case No.:      2:16-CV-02963-APG-DJA <br><br> Dept. No.:     I <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES OR OPPOSITIONS TO THE PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY PLAINTIFFS** <br><br> **(FIRST REQUEST)** |

       Elizabeth Peralez, ("Defendant or "**Peralez**") by and through her attorney of record, Craig S. Dunlap, Esq.; Plaintiffs, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**) (collectively, **Plaintiffs**), by and through their counsel of record, Ariel E. Stern, Esq. and Rex D. Garner, Esq. of the law firm of Akerman LLP; Defendant

Copper Creek Homeowners Association (**Copper Creek**), by and through its counsel of record, Amber M. Williams, Esq. and J. William Ebert, Esq., (collectively the **Parties**) stipulate that the Parties shall have until and including January 31, 2020, to file responses or oppositions to the Motion for Partial Summary Judgment filed by Plaintiffs [Dkt. #39] on December 20, 2019.

1. This lawsuit involves claims relating to a non-judicial foreclosure by a homeowner's association conducted pursuant to NRS 116.

2. The Parties previously agreed to stay this action pending resolution of legal issues impacting the claims of the Parties.

3. The stay of the action has been lifted and the case is now proceeding.

4. The Parties request additional time for briefing.

5. Pursuant to Local Rule IA 6-1(a) this is the first request for additional briefing time. This request is made to allow Defendants additional time to evaluate the Motion for Partial Summary Judgment and pursue possible settlement of the case. The Parties enter this stipulation in good faith and not for purposes of needless delay. The Parties therefore request the Court grant the three-week extension as set forth above.

DATED January 8, 2020.

**LIPSON NEILSON COLE SELTZER & GARIN**

*/s/ Amber M. Williams*
Amber M. Williams
J. William Ebert
9900 Covington Cross Dr.
Ste. 120
Las Vegas, NV 89144

*Attorneys for Defendant Copper Creek Homeowners Association*

**CRAIG S. DUNLAP, ESQ.**

*/s/ Craig S Dunlap*
Craig S Dunlap, Esq. (#4974)
10161 Park Run Drive
Suite 150
Las Vegas, NV 89145

*Attorney for Elizabeth Peralez*

**AKERMAN LLP**

*/s/ Rex D. Garner*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Rex D. Garner, Esq.
Nevada Bar No. 9401
1635 Village Center Circle
Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: January 9, 2020.