# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Plaintiffs<br><br>v.<br><br>COPPER CREEK HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendants | Case No.: 2:16-cv-02963-APG-DJA<br><br>**Order Setting Deadline for Proposed Joint Pretrial Order** |

As I stated in my prior order, defendant/counterclaimant Elizabeth Peralez's unjust enrichment counterclaim remains pending because no one moved for summary judgment on that claim. ECF No. 50 at 2. Under the scheduling order, the proposed joint pretrial order was due 30 days after a ruling on dispositive motions. ECF No. 37 at 3. More than 30 days have passed since I ruled on the pending dispositive motion. ECF No. 50. But the parties have not filed a proposed joint pretrial order on the remaining claims. I therefore direct the parties to do so by August 7, 2020.

I THEREFORE ORDER that by August 7, 2020, the parties shall file a proposed joint pretrial order on the remaining counterclaim. Failure to do so will result in dismissal of the counterclaim with prejudice.

DATED this 17th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE