# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No.: 2:16-cv-02963-APG-DJA |
| Plaintiffs | **Order Dismissing Claim and Closing Case** |
| v. | |
| COPPER CREEK HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

As I stated in my prior order, defendant/counterclaimant Elizabeth Peralez's unjust enrichment counterclaim remains pending because no one moved for summary judgment on that claim. ECF No. 50 at 2.  Under the scheduling order, the proposed joint pretrial order was due 30 days after a ruling on dispositive motions. ECF No. 37 at 3.  That deadline passed, so I ordered the parties to file a proposed joint pretrial order by August 7, 2020. ECF No. 52.  I advised the parties that failure to do so would result in dismissal of the counterclaim with prejudice. *Id.*  The parties did not file a proposed joint pretrial order, so I dismiss the counterclaim with prejudice. Because that was the only remaining claim in the case, I instruct the clerk of court to enter final judgment consistent with this order and my prior order (ECF No. 50) and to close this case.

I THEREFORE ORDER that counterclaimant Elizabeth Peralez's unjust enrichment counterclaim is dismissed with prejudice.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER the clerk of court to enter final judgment consistent with this order and my prior order (ECF No. 50), and to close this case.

DATED this 13th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE